David Zhang

Emerson Quiet Kool Ltd

1275 Bloomfield Ave

Building 16 -141

Fairfield NJ 07004

973-808-8899

April 29th, 2019

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2019 MAY -1  PM 3:34

Re:  C. A. No. 17-1846-LPS (Emerson Electric Co. Vs. Emerson Quiet Kool Ltd, Home Easy Ltd)

Dear Mr. Cerino

We are in the process of searching a new defense attorney for our case. The new attorney needs time to research and get familiar with the case. We hereby request the time for defendants to answer Plaintiffs complaints to be extended to June 2nd, 2019.  Thanks.

Best Regards

*[signature: David Zhang]*

David Zhang





RECEIVED
MAY 1 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Click-N-Ship®**

9481 7036 9930 0035 0477 07 0255 0000 0121 9801

usps.com
$25.50
US POSTAGE
Flat Rate Env

04/30/2019 0 lb 1 oz   Mailed from 07004   062S000001311

**PRIORITY MAIL EXPRESS 1-DAY™**

Scheduled Delivery Date: 05/01/19

0007

C012

DAVID ZHANG
HOME EASY LTD
1275 BLOOMFIELD AVE BLDG 16-141
FAIRFIELD NJ 07004-2708

**SIGNATURE REQUIRED**
**SCHEDULED DELIVERY 3:00 PM**

SHIP TO:
JOHN A CERINO
UNITED STATES DISTRICT COURT OFFICE OF THE
844 N KING ST
UNIT 18
WILMINGTON DE 19801-3519

**USPS SIGNATURE TRACKING #**

9481 7036 9930 0035 0477 07

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL EXPRESS™
OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006