David Zhang

Emerson Quiet Kool Ltd

1275 Bloomfield Ave

Building 16 -141

Fairfield NJ 07004

973-808-8899

April 29th, 2019

Re: C. A. No. 17-1846-LPS (Emerson Electric Co. Vs. Emerson Quiet Kool Ltd, Home Easy Ltd)

Dear Hon. Stark.

We are in the process of searching a new defense attorney for our case. The new attorney needs time to research and get familiar with the case. We hereby request the time for defendants to answer Plaintiff's complaints to be extended to June 2nd, 2019. Thanks.

Best Regards

David Zhang

COO, EVP








**PRIORITY ★ MAIL ★ EXPRESS™**

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EMS

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

VISIT US
ORDER FRE

**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

E

usps.com   9481 7036 9930 0035 0585 36 0255 0000 0021 9801
$25.50
US POSTAGE
Flat Rate Env

05/01/2019   Mailed from 07004   062S0000001308

**PRIORITY MAIL EXPRESS 1-DAY™**

DAVID ZHANG
HOME EASY LTD
1275 BLOOMFIELD AVE BLDG 16-141
FAIRFIELD NJ 07004-2708

Scheduled Delivery Date: 05/02/19

0007

C012

SIGNATURE REQUIRED

SCHEDULED DELIVERY 3:00 PM

SHIP TO:
HON. LEONARD P STARK
UNITED STATE DISTRICT COURT
884 N KING ST
UNIT 18
**WILMINGTON DE 19801**

**USPS SIGNATURE TRACKING #**

9481 7036 9930 0035 0585 36

UNITED STATES POSTAL SERVICE.