IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON ELECTRIC CO., | ) |
|         *Plaintiff,* | ) |
| v. | ) C.A. No. 17-cv-01846-LPS-JLH |
| EMERSON QUIET KOOL CO. LTD., and HOME EASY LTD., | ) |
|         *Defendants.* | ) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendants Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding the following discovery matter:

- Whether Plaintiff may withhold, under an asserted Common Interest Privilege, communications between Plaintiff and non-Party Emerson Radio Corp.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on the following date: July 30, 2020.

    For Plaintiff: Adam W. Poff (Delaware Counsel), George D. Moustakas (Lead Counsel), Joel R. Samuels

    For Defendants: John D. Simmons (Delaware and Lead Counsel), Keith A. Jones

The parties are available for a teleconference on the following dates: September 16, 17, and 18, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: <u>August 21, 2020</u> | **PANITCH SCHWARZE BELISARIO & NADEL, LLP** |
| Of Counsel: | By: <u>*John D. Simmons*</u> |
| Keith A. Jones (*pro hac vice*)<br>Panitch Schwarze Belisario & Nadel LLP<br>Two Commerce Square<br>2001 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: (215) 965-1330<br>kjones@panitchlaw.com | John D. Simmons (Bar No. 5996)<br>Dennis J. Butler (Bar No. 5981)<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803<br>Telephone: (302) 394-6030<br>jsimmons@panitchlaw.com<br>dbutler@panitchlaw.com |
|  | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2020, a true and correct copy of the foregoing Motion for Teleconference to Resolve Discovery Dispute was served upon the following via ECF Notification:

George D. Moustakas
Lisa M. DuRoss
HARNESS, DICKEY & PIERCE PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
gdmoustakas@hdp.com
lduross@hdp.com

Joel R. Samuels
HARNESS, DICKEY & PIERCE PLC
7700 Bonhomme Ave., Suite 400
Clayton, MO 63105
314-726-7509
jsamuels@hdp.com

Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
apoff@ycst.com
rvrana@ycst.com

*/s/ John D. Simmons*

_____
John D. Simmons