

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

March 5, 2021

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

        Re:   *Emerson Electric Co. v. Emerson Quiet Kool Co. Ltd. and Home Easy Ltd.,* C.A. No. 17-01846-LPS-JLH

Dear Judge Hall,

    Plaintiff Emerson Electric Co. ("Emerson Electric") and Defendants Emerson Quiet Kool Co. and Home Easy Ltd. (collectively "Defendants"), respectfully submit this status report pursuant to Your Honor's February 19, 2021 Order (D.I. 103).

    The parties met and conferred about consolidation. Emerson Quiet Kool proposed consolidating through at least summary judgment. Emerson Electric would not agree to that proposal.

    Should Your Honor have any questions about the forgoing, counsel are available at the Court's convenience.

                Respectfully,

                */s/ Adam W. Poff*

                Adam W. Poff (No. 3990)

cc:  All counsel of record (by email)