IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON ELECTRIC CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1846-LPS-JLH |
| v. | ) |
| | ) |
| EMERSON QUIET KOOL CO. LTD., and HOME EASY LTD., | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Plaintiff Emerson Electric Co. and Defendants Emerson Quiet Kool Co. Ltd. and Home Easy Ltd., submit this report regarding the status of settlement.

1. On November 23, 2021, the Parties jointly stayed this case in view of their agreement to resolve this dispute (D.I. 154).

2. Since November 23, 2021, the Parties have been diligently working to reduce their agreement into a formal settlement agreement.

3. In addition to resolving this dispute, the Parties have agreed to resolve the issues set forth in the related case *Emerson Quiet Kool Co. Ltd. et. al. v. Emerson Electric Co.,* which is pending in this Court under the case number 1:20-cv-01449.

4. The Parties are continuing to work on formalizing their agreement, however, need further time due to the global nature of the settlement, as well as travel by certain of the Parties' counsel and principles.

5. The Parties will file dismissal papers and/or an additional status report by December 22, 2021.

Respectfully submitted,

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PANITCH SCHWARZE BELISARIO & NADEL, LLP |
| */s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>rvrana@ycst.com | */s/ John D. Simmons*<br>John D. Simmons (No. 5996)<br>Dennis J. Butler (No. 5981)<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803<br>(302) 394-6001<br>jsimmons@panitchlaw.com<br>dbutler@panitchlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: December 15, 2021